**A CERTIFIED TRUE COPY**

FEB 1 2 2007

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2007

FILED
CLERK'S OFFICE

FILED
2007 FEB 28 AM 9:07
DOCKET NO. 1742
NORTHERN DISTRICT COURT
CLEVELAND OF OHIO

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2007

GREGORY C. LANGHAM
CLERK

IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

06-2545-WYD            (SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-29)**

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 337 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

FEB 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: Jennifer Smolinski
Deputy Clerk

82

PAGE 1 of 2

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 2 | 06-235 | Doriane Washington v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **ARIZONA** | | | |
| AZ | 2 | 07-33 | Chrishina Gholson v. Johnson & Johnson, et al. |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 07-13 | Michelle Clinton v. Johnson & Johnson, et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 06-7829 | Deanna Allman, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAN | 3 | 06-7954 | Tes Browder, et al. v. Johnson & Johnson, et al. |
| ~~CAN~~ | ~~3~~ | ~~07-8~~ | ~~Jacci Morrison, et al. v. Ortho-McNeil Corp., et al.~~ Opposed 02/02/2007 |
| CAN | 4 | 07-43 | Jennifer McDonald, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAN | 5 | 06-7701 | Michele Aviles-Hanna v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **COLORADO** | | | |
| CO | 1 | 06-2545 | Venesha Hall v. Johnson & Johnson, et al. |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 06-620 | Crystal Metheny v. Johnson & Johnson, et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 06-6980 | Denise Sutton v. Johnson & Johnson, et al. |
| ILN | 1 | 06-7108 | Emily Joan Klemp v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **MASSACHUSETTS** | | | |
| MA | 1 | 06-12185 | Jacqueline Sarcia v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **MINNESOTA** | | | |
| MN | 0 | 06-4942 | Jamie Emmick v. Johnson & Johnson, et al. |
| MN | 0 | 06-4943 | Shameika Davis v. Johnson & Johnson, et al. |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 06-1765 | Renee Brasher, et al. v. Johnson & Johnson, et al. |
| **NEW JERSEY** | | | |
| NJ | 2 | 06-4733 | Claudia Lawson v. Johnson & Johnson, et al. |
| NJ | 2 | 06-4734 | Steffanne Wallace v. Johnson & Johnson, et al. |
| NJ | 2 | 06-4735 | Katrinda Gonzalez v. Johnson & Johnson, et al. |
| NJ | 2 | 06-4739 | Juan Luna, etc. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-4825 | Nora Zarate v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5058 | Tammy Henderson v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5059 | Tracy Grisanzio v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5060 | Tricia Salata v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5061 | Natasha Beltre v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5062 | Melinda Stella v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5063 | Abigail Rodrigues v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5064 | Bobbie-Jo Meyers v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5065 | Kathie Hicok v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5066 | Chantel Turner v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5067 | Olushola Ajape v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5068 | Luciana De Leon v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5069 | Deborah Register v. Johnson & Johnson, et al. |

SCHEDULE CTO-29 - TAG-ALONG ACTIONS (MDL-1742)                                    PAGE 2 of 2

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| NEW JERSEY | | | |
| NJ | 2 | 06-5070 | Cynthia Yocum v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5071 | Tammy Faber v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5288 | Adrienne Macklin, etc. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5356 | Amanda L. Taylor v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NJ | 2 | 06-5413 | Erika Matos v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5414 | Karlye Lawhorn v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5415 | Rebecca Beard v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5417 | Jessica Church v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5466 | Jacqueline Urena v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5467 | Roberta Romine v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5468 | Robin Wenzel v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5469 | Abethia Lear v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5470 | Angelea Nogelmeier v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5558 | Angela Havlovitz v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5559 | Dawn Carter v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5560 | Julie McCormick v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5561 | Dannarae Dixon v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5684 | Shernet Gray v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5685 | Michelle Goudeau v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5686 | Natosha Strickland v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5687 | Regina Bradford v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5688 | Cassondra Jackson v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5715 | Melanie Martin v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5716 | Lori Tolman v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5717 | Connie Patterson v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5718 | Christin Haynie v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5719 | Shannon Martin v. Johnson & Johnson, et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 06-6734 | Sharon Rodney v. Johnson & Johnson, et al. |
| NYE | 2 | 06-6015 | Dana Angulo v. Johnson & Johnson, et al. |
| NYE | 2 | 06-6017 | Erin Noelle Fogarty v. Johnson & Johnson, et al. |
| NYE | 2 | 06-6495 | Barbara Buhse, et al. v. Johnson & Johnson, et al. |
| PUERTO RICO | | | |
| PR | 3 | 06-2027 | Joanna Figueroa-Garcia, et al. v. Johnson & Johnson, et al. |
| PR | 3 | 06-2195 | Luis R. Santana-Guillen, etc. v. Johnson & Johnson, et al. |
| TENNESSEE WESTERN | | | |
| TNW | 2 | 06-2710 | Crystal Dawn Stegall v. Johnson & Johnson, et al. |
| TNW | 2 | 06-2813 | Martinia Irvin v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| TNW | 2 | 06-2839 | Kenda Campbell v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| TEXAS EASTERN | | | |
| TXE | 2 | 06-354 | Elizabeth Barroso v. Johnson & Johnson, et al. |
| TXE | 2 | 06-514 | Hiwot Kidane v. Johnson & Johnson, et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 06-2225 | Myra L. Burton v. Johnson & Johnson, et al. |
| TXN | 3 | 06-2345 | Caroline Y. Barron v. Johnson & Johnson, et al. |
| TXN | 4 | 06-850 | Deandra L. Wyatt v. Johnson & Johnson, et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 06-3886 | Terri Miller v. Johnson & Johnson, et al. |
| TXS | 4 | 06-3887 | Tanya Lott v. Johnson & Johnson, et al. |
| TEXAS WESTERN | | | |
| TXW | 5 | 06-1070 | Kim Jefferis v. Johnson & Johnson, et al. |